IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE WHITE, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 10-2017 |
| | : | |
| v. | : | |
| | : | |
| PLANNED SECURITY SERVICES, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 15th day of December, 2011, it is hereby ORDERED that Defendants' Motion for Summary Judgment (Dkt. No. 34) is GRANTED. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk will close this case for statistical purposes.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II    J.